**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    V.<br><br>GINA CHAMPION-CAIN,<br><br>                              Defendant. | Criminal Case No. 20CR02115-LAB<br><br>ORDER ADOPTING FINDINGS<br><br>AND RECOMMENDATION |

No objections having been filed, **IT IS ORDERED** that the Findings and Recommendation of the Magistrate Judge are adopted and this Court accepts Defendant's PLEA OF GUILTY to Count(s) one, two and three of the Information .

Dated:   10/1/2020

*Larry A. Burns*

Hon. Larry Alan Burns
Chief United States District Judge