UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>       Plaintiff, <br><br>  v. <br><br> GINA CHAMPION-CAIN, <br><br>       Defendant. | No. 20CR2115-LAB <br><br> ORDER TO CONTINUE RESTITUTION HEARING |

The United States of America and defendant Gina Champion-Cain move to continue the January 10, 2022 restitution hearing in this matter.

For reasons stated in paragraphs 1-11 of the joint motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedier restitution hearing and order.

IT IS ORDERED that the joint motion is granted. The restitution hearing shall be continued to June 21, 2022 at 9:00 a.m.

DATED: December 30, 2021

*Larry A. Burns*
LARRY A. BURNS
United States District Judge

1