TRULINCS 96841298 - CHAMPION-CAIN, GINA - Unit: PEK-F-A

---

FROM: 96841298
TO:
SUBJECT: MOTION TO CLARIFY RESTITUTION
DATE: 04/24/2026 08:58:29 AM

United States of America, Plaintiff, v. Gina Champion-Cain, Defendant.
United States Southern District Court of California
Case No.: 3:20-cr-02115-001-TWR
MOTION TO CLARIFY THE AMOUNT AND CURRENT STATUS OF RESTITUTION

Defendant Gina Champion-Cain ("Defendant"), filing pro se, seeks an accounting of payments made and credits given her restitution. Defendant, through this motion, beseeches this Honorable Court to order the government to file and serve an accounting of payments received and credits given the Defendant against her restitution obligation; in other words, Defendant is requesting that this Court require the government to provide a full detailed accounting of restitution payments made to date, including her co-defendant's (Crispin Torres) payments, since their restitution liability is joint and several. Defendant is seeking the cumulative total received from the court-appointed Receiver (on behalf of Defendant), co-defendant Torres, and the Bureau of Prisons through its Inmate Financial Responsibility Program.

The Ninth Circuit has held that, in the presence of ambiguity or conflict regarding the balance of a restitution obligation, a criminal defendant "[i]s entitled to an accounting to determine how much he owe[s]," and a court "ha[s] the power to account for the original amount due, and to calculate credits, payments, and the balance owing, if any." United States v. Carter, 742 F. 3d 440, 445 (9th Cir. 2014).

WHEREFORE, Defendant respectfully requests that this Honorable Court order the government to file and serve an accounting of payments received and credits given Defendant against her restitution obligation since numerous requests to the Department of Justice's Asset Recovery Section have gone unanswered.

Respectfully submitted this 24 day of April, 2026.

[signature]

Gina Champion-Cain, Fed. #96841-298
Federal Prison Camp
P.O. Box 5000
Pekin, Illinois 61555-5000

⇔96841-298⇔
Gina Champion-Cain
96841-298
PO BOX 5000.
Federal Prison Camp
Pekin, IL 61555-5000
United States

PEORIA IL 616
28 APR 2026 AM 1 L

UNITED STATES OF AMERICA
FOREVER/USA

RECEIVED
MAY 01 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

⇔96841-298⇔
Southern District Us Court
Attn: Judge Robinson
333 W Broadway
Suite 420
SAN Diego, CA 92101
United States

92101-380620